# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

Brittany Richards

_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

OCT 12 2022 PM 1:35
FILED-USDC-CT-HARTFORD

v.

Middletown Police
Hartford Police
Troop H
FBI
Hartford Court
Ironclad management
Dylan Davis (army)

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied by the court)

## A. PARTIES

1. Brittany Richards is a citizen of United States who
   (Plaintiff)                                    (State)
   presently resides at 48 loveland St Middletown CT 06457
   (mailing address)

2. Defendant Middletown Police is a citizen of United States
   (name of first defendant)                          (State)
   whose address is Main St Middletown CT 06457,
   and who is employed as Police department .
   (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __X__No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant __Iron Clad management__ is a citizen of __United States__
   (name of second defendant)                                    (State)

whose address is __Meridan, CT__

and who is employed as __Janina Eddinger, Sam Eddinger__
   (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes __X__No. If your answer is "Yes," briefly explain:

__Watched me in my home with__
__Cameras, tapped into phone, Stalked__

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   __X__   42 U.S.C. § 1983 (applies to state defendants)

   __X__   **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__4th Amendment__

_____

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** gAng stalking, voyerism, wiretapping, mind control devices, cameras in private home setting, loss of jobs, unemployment benifits,

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

- Started stalking with vehicles Oct 2021
- watching in home on Electronic devices Oct 2021
- placed device in Ear - found by Dr, surgery scheduled to take out, Police called Dr. Oct 2021 - feb 2022
- Found cameras in home, and outside placed wifi accounts on tv. ("the room it happens in") Oct 2021 - June 2022  ("Geneva")
- Police, FBI, Courts, Lawyers, Army - refused to look at Evidence. Jan 2022 - now

put tracking and cameras in car, torture.

**Claim II:** loss of Public Benefits including unemployment

**Supporting Facts:**

- Jesa unemployment shut off twice
Dec 2021
June 2022

**Claim III:** mind control, torture techniques

**Supporting Facts:**

- Started hearing voices say my name, talk like they were my neighbors, and then became more frequent until they talked 24/7. wake up during night, talk in dreams and make dreams, cause auditory hallucinations, throwing up until in hospital, visual hallucinations, stomach pain, heart palpatations. Device found by Dr, taken out with surgery, new ones put in.

## E. REQUEST FOR RELIEF

I request the following relief:

## F. JURY DEMAND

Do you wish to have a jury trial?   Yes  X   No _____

_____     _____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

Brittany Richards                    Brittany Richards
Printed Name_____    Printed Name

_____     _____

( )_____          860 834 2974  48 Loveland St
Attorney's full address and telephone   Plaintiff's full address and telephone  Middletown

_____     Brittany.R.chards53@   Ct 06457
Email address if available           Email address if available  yahoo.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
              (location)                        (date)

_____
                                     **Plaintiff's Original Signature**

(Rev. 3/21/16)

5